IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOMINIC ANTHONY MILLETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-703-WHA-CSC |
| ) | [WO] |
| SHAUN MCGHEE, ) | |
| ) | |
| Defendant ) | |

## FINAL JUDGMENT

In accordance with the Order entered in this case, Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 18th day of November, 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE